IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| Carlos Lasso Estrada, et al. | * | |
| On Behalf of Themselves and | | |
| All Others Similarly Situated | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No. 14cv02795-RWT |
| Mid-Atlantic Warehouse Services Inc., et al. | * | |
| | * | |
| Defendants | | |

**DEFENDANTS' ANSWER TO COMPLAINT**

Defendants, Mid-Atlantic Warehouse Services, Inc., Regency Furniture of Brandywine, Inc., Regency Furniture, Inc., and Abdelrahman Ayyad, in answer to Plaintiffs' Complaint state as follows:

1. Defendants have insufficient knowledge to admit or deny the allegations of paragraph 1 which are therefore deemed denied.

2. Admitted that Plaintiffs were employed by Mid-Atlantic Warehouse Services. The remaining allegations of paragraph 2 are denied.

3. Admitted that that Mid-Atlantic, Regency Furniture, Inc. and Regency Furniture of Brandywine, Inc. are Maryland corporations with their principal places of business in Prince George's County. Denied that they constitute one company.

4. Admitted that Mid-Atlantic employed Plaintiffs. Denied that Defendants were joint employers or an integrated enterprise employer.

5. Denied.

6. Denied.

7. Denied.

8. Denied.

9. Denied.

10. Admitted.

11. Admitted that Defendants were enterprises, but denied that they comprise one enterprise.

12. Admitted,

13. Admitted.

14. Admitted.

15. Admitted that Plaintiffs worked for Mid-Atlantic. Denied that the alleged dates of employment are entirely accurate.

16. Denied.

17. Admitted.

18. Admitted

19. Denied.

20. Admitted.

21. Admitted that some Plaintiffs regularly worked between 66 and 73 hours. Denied that the alleged hours applied to all of them.

22. Admitted that Mid-Atlantic was aware of the hours worked by its employees. The remaining allegations of paragraph 22 are denied.

23. Admitted that some of the Plaintiff worked Monday to Saturday. The remaining allegations of paragraph 23 are denied.

24. Admitted as to some of the Plaintiffs. Denied that the allegation applies to all of them.

25. Denied.

26. Denied.

27. Paragraph 27 contains allegations outside the statute of limitations, and does not require an answer.

28. Admitted.

29. Denied.

30. Denied.

31. Denied.

32. Denied.

33. Denied.

34. Denied.

35. Denied.

36. Admitted that Plaintiffs sometimes worked over 40 hours per week. The remaining allegations of paragraph 40 are denied.

37. Denied.

38. Denied.

39. Admitted in part and denied in part. Some of the Plaintiffs were exempt from overtime under the Motor Carrier exemption.

40. Denied.

41. Admitted or denied in accordance with above.

42. The description of the claim is admitted, however, Defendants deny that this case should proceed as a collective action.

43. The description of the claim is admitted, however, Defendants deny that this case should proceed as a collective action.

44. Denied.

45. Denied.

46. Denied.

47. Denied.

48. Denied.

49. Denied.

50. Denied.

51. The description of the claim is admitted, however, Defendants deny that Plaintiffs are entitled to the relief sought.

52. Denied that any class is appropriate.

53. Denied that any class is appropriate.

Count One

54. Admitted or denied in accordance with above.

55. Denied.

56. Denied.

57. Denied.

Count Two

1. Admitted or denied in accordance with above.

2. Denied.

3. Denied.

Count Three

4. Admitted or denied in accordance with above.

5. Denied.

6. Denied.

7. Denied.

8. Denied.

## AFFIRMATIVE DEFENSES

1. Certain of the Plaintiffs (Enrique Garcia Paulino, Gerber Guevara, Alejandro Mendoza, Ulmi Pozo and Nelson Munoz) were exempt from overtime under the Motor Carrier exemption and its Maryland counterpart.

2. Claims arising outside the limitations period are time-barred.

          /S/
Eric Hemmendinger, Bar No. 02050
SHAWE & ROSENTHAL, LLP
One South Street, Suite 1800
Baltimore, MD 21202
410-752-1040 Phone
410-752-8861 Facsimile
eh@shawe.com

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that on this 14th day of November, 2014, a copy of Defendants' Answer to Complaint was served via the Court's Electronic Case Filing System, upon:

>Deyka Williams Spencer, Esquire
>The Spencer Law Firm, LLC
>200-A Monroe Street, Suite 305
>Rockville, MD  20850
>
>*Counsel for Plaintiffs*

                  /S/
            Eric Hemmendinger