**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| Carlos Lasso Estrada, et al. | * | |
| On Behalf of Themselves and | | |
| All Others Similarly Situated | * | |
| | | |
| Plaintiffs | * | |
| | | |
| v. | * | Civil Action No. 14cv02795-RWT |
| | | |
| Mid-Atlantic Warehouse Services | * | |
| Inc., et al. | | |
| | * | |
| Defendants | | |

## DISCLOSURE OF CORPORATE INTEREST

Pursuant to Rule 103.3 of the Local Rules of the United States District Court for the District of Maryland, Defendants, Mid-Atlantic Warehouse Services, Inc., Regency Furniture of Brandywine, Inc., Regency Furniture, Inc., are privately owned entities and not publicly traded. No other entity has a financial interest in this matter.

/S/
Eric Hemmendinger, Bar No. 02050
SHAWE & ROSENTHAL, LLP
One South Street, Suite 1800
Baltimore, MD 21202
410-752-1040 Phone
410-752-8861 Facsimile
eh@shawe.com

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that on this 14th day of November, 2014, a copy of Defendants' Disclosure of Corporate Interest was served via the Court's Electronic Case Filing System, upon:

>Deyka Williams Spencer, Esquire
>The Spencer Law Firm, LLC
>200-A Monroe Street, Suite 305
>Rockville, MD  20850
>
>*Counsel for Plaintiffs*

                    /S/
        Eric Hemmendinger