IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| Carlos Lasso Estrada, et al. | * | |
| On Behalf of Themselves and | | |
| All Others Similarly Situated | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No. 14cv02795-RWT |
| Mid-Atlantic Warehouse Services Inc., et al. | * | |
| | * | |
| Defendants | | |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT

The parties jointly move for approval of the attached Settlement Agreement (Exhibit 1). In support of this motion, the parties state:

1. This case was brought by ten Plaintiffs under the Fair Labor Standards Act and Maryland law. One of the Plaintiffs was granted leave to withdraw so he could obtain separate representation. ECF No. 14. The remaining nine Plaintiffs participated in mediation before Magistrate Judge Jillyn K. Schulze on January 22, 2015. The mediation resulted in settlements with respect to three Plaintiffs, Ana Campos, Blanca Campos and Carlos Lasso, the terms of which are set forth in Exhibit 1.

2. The parties jointly represent that the Settlement Agreement with respect to the three covered Plaintiffs represents a fair, reasonable and informed resolution of their claims, each of which was different and each of which was disputed. The parties exchanged information through informal discovery prior to and during the mediation. Plaintiffs were advised by

experienced counsel, and the active participation of the Magistrate Judge assured that the agreement was reached without fraud or collusion.

    3.    The parties propose that upon approval of the settlement, the three covered Plaintiffs be dismissed from the action, with attorney's fees to be decided at a later time.

February 16, 2015                          Respectfully submitted,

| /S/ | /S/ |
|---|---|
| Deyka Williams Spencer | Eric Hemmendinger |
| The Spencer Law Firm, LLC | Shawe & Rosenthal, LLP |
| 200-A Monroe Street, Suite 305 | One South Street, Suite 1800 |
| Rockville, MD 20850 | Baltimore, MD 21202 |
| (301) 637-2866 Telephone | (410) 752-1040 Telephone |
| dspencer@spencer-firm.com | eh@shawe.com |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

Signed by Eric Hemmendinger with permission

447824