IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| Carlos Lasso Estrada, et al. On Behalf of Themselves and All Others Similarly Situated | * * | |
| Plaintiffs | * | |
| v. | * | Civil Action No. 14cv02795-RWT |
| Mid-Atlantic Warehouse Services Inc., et al. | * * | |
| Defendants | | |

## SETTLEMENT AGREEMENT

1. The parties to this Agreement are Defendant Mid-Atlantic Warehouse Services, Inc., and Plaintiffs Ana Campos, Blanca Campos and Carlos Lasso.

2. Mid-Atlantic Warehouse Services, Inc., shall pay the following amounts:

a. To Ana Campos, a total of $4,016.25.

b. To Blanca Campos, a total of $5,173.

c. To Carlos Lasso, a total of $33,304.

Each of these amounts, net of attorney's fees, will be paid in two equal portions, one-half as wages subject to payroll deductions (W-2) and one-half as liquidated damages (1099). Checks for these amounts shall be mailed to Plaintiffs' counsel within 5 working days after this Settlement Agreement is approved by the Court.

3. In exchange for the payment described above, Ana Campos, Blanca Campos and Carlos Lasso release Defendants from all claims for unpaid compensation accrued through January 22, 2015. This release includes claims arising under the Fair Labor Standards Act,

Maryland Wage and Hour Law, Maryland Wage Payment and Collection Law, and Prince George's County law, including claims for backpay, damages, liquidated damages, penalties and treble damages, but excluding claims for attorneys' fees and costs. This release protects Mid-Atlantic Warehouse Services, Inc., Regency Furniture of Brandywine, Inc., Regency Furniture, Abdelrahman Ayyad, and their respective past and present stockholders, directors, officers, employees, agents, subsidiaries, affiliates, predecessors, successors, assigns, and insurers. This release is binding on Ana Campos, Blanca Campos and Carlos Lasso, and their respective estates, executors, administrators, heirs, personal representatives, trustees, and assignees.

4. This Agreement does not constitute an admission of liability by Defendants. The parties are entering into this Agreement to avoid the burden and expense of litigation.

5. This Settlement Agreement requires judicial approval and shall not be effective until it has been approved by the Court. The parties shall cooperate in filing a joint motion for approval of the settlement.

6. This Agreement may be executed in separate counterparts. Electronic copies of signature pages shall be admissible to the same extent as originals.

PLAINTIFFS:

_Ana Rivera_    2-9-15
Ana Campos      Date

_[signature]_   2-9-15
Blanca Campos   Date

_[signature]_   2-9-15
Carlos Lasso    Date

_[signature]_
Eric Hemmendinger, Esquire
SHAWE & ROSENTHAL, LLP
One South Street, Suite 1800
Baltimore, MD 21202
410-752-1040 Telephone
410-752-8861 Facsimile
eh@shawe.com

Counsel for Defendants