# EXHIBIT 1

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| Carlos Lasso Estrada, et al. On Behalf of Themselves and All Others Similarly Situated | * * | |
| Plaintiffs | * | |
| v. | * | Civil Action No. 14cv02795-RWT |
| Mid-Atlantic Warehouse Services Inc., et al. | * * | |
| Defendants | | |

## SETTLEMENT AGREEMENT

1. The parties to this Agreement are Defendant Mid-Atlantic Warehouse Services, Inc., and Plaintiffs Enrique Garcia, Alejandro Mendoza Bautista, Nelson Munoz, Gonzalo Garcia Paulino and Eleuterio Mendoza-Ramirez.

2. Mid-Atlantic Warehouse Services, Inc., shall pay the following total settlement amounts to the Plaintiffs:

   a. Enrique Garcia $10,385.00

   b. Gonzalo Garcia Paulino $7,370.00

   c. Nelson Munoz $5,695.00

   d. Eleuterio Mendoza-Ramirez $10,050.00.

   d. Alejandro Mendoza Bautista $3,350

Each of these amounts will be paid in two portions, one-third as wages subject to payroll deductions (W-2) and two thirds as treble damages under Maryland law (1099). Checks for

these amounts shall be mailed to Plaintiffs' counsel within 5 working days after this Settlement Agreement is approved by the Court.

3.   Mid-Atlantic Warehouse Services, Inc. shall pay $18,150.32 to the Spencer Firm, LLC, in full settlement of all claims for attorneys' fees and costs in this action. A check for this amount shall be mailed to Plaintiffs' counsel within 5 working days after this Settlement Agreement is approved by the Court.

4.   In exchange for the payment described above, the Plaintiffs named herein release Defendants from all claims for unpaid compensation accrued through October 5, 2015. This release includes claims arising under the Fair Labor Standards Act, Maryland Wage and Hour Law, Maryland Wage Payment and Collection Law, and Prince George's County law, including claims for backpay, damages, liquidated damages, penalties and treble damages, attorneys' fees and costs. This release protects Mid-Atlantic Warehouse Services, Inc., Regency Furniture of Brandywine, Inc., Regency Furniture, Abdelrahman Ayyad, and their respective past and present stockholders, directors, officers, employees, agents, subsidiaries, affiliates, predecessors, successors, assigns, and insurers. This release is binding on Plaintiffs, and their respective estates, executors, administrators, heirs, personal representatives, trustees, and assignees.

5.   This Agreement does not constitute an admission of liability by Defendants. The parties are entering into this Agreement to avoid the burden and expense of litigation.

6.   This Settlement Agreement requires judicial approval and shall not be effective until it has been approved by the Court. The parties shall cooperate in filing a joint motion for approval of the settlement.

7.   The parties will jointly move to dismiss the Lawsuit within 5 business days of full satisfaction of the settlement amount described in Paragraphs 2 and 3.

447825

7. This Agreement may be executed in separate counterparts. Electronic copies of signature pages shall be admissible to the same extent as originals.

PLAINTIFFS:

_Enrique Garcia Paulino_  10/11/15
Enrique Garcia           Date

_Gonzalo Garcia Paulino_  10/11/2015
Gonzalo Garcia Paulino    Date

_Nelson Munoz_  10/11/15
Nelson Munoz    Date

_Eleuterio Mendoza Ramirez_  10/11/15
Eleuterio Mendoza-Ramirez    Date

_Alejandro M Bautista_  10/11/15
Alejandro Mendoza Bautista   Date

Eric Hemmendinger, Esquire
SHAWE & ROSENTHAL, LLP
One South Street, Suite 1800
Baltimore, MD 21202
410-752-1040 Telephone
410-752-8861 Facsimile
eh@shawe.com

*Counsel for Defendants*

_Deyka Williams Spencer_
Deyka Williams Spencer, Esquire
THE SPENCER LAW FIRM, LLC
200-A Monroe Street, Suite 305
Rockville, MD 20850
301-637-2866 Telephone
866-686-2126 Facsimile
dspencer@spencer-firm.com

*Counsel for Plaintiffs*

447825